NUMBERS

 13-05-635-CV 

 13-06-014-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________

 

EMMA NUNEZ, ET AL.,                                            Appellants,

 

                                           v.

 

LOCKHEED
MARTIN CORPORATION AND 

SOUTHWESTERN REFINING COMPANY, INC.,               Appellees.

_________________________________________________________

 

                  On appeal from the 319th District Court

                           of Nueces
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

      Before Chief Justice Valdez
and Justices Hinojosa and Yañez

                       Memorandum Opinion Per
Curiam

 








Appellants, EMMA NUNEZ, ET AL., perfected an appeal from a judgment entered by
the 319th District Court of Nueces County,
Texas, in cause number 01-05717-G.  After the notice of appeal was filed,
appellants filed  motions to dismiss the
appeal as to appellees, LOCKHEED MARTIN CORPORATION and SOUTHWESTERN REFINING
COMPANY, INC.  Appellants request that
this Court dismiss their appeal against appellees, LOCKHEED MARTIN CORPORATION
and SOUTHWESTERN REFINING COMPANY, INC. 
Appellants= appeal against appellees, LOCKHEED MARTIN CORPORATION and SOUTHWESTERN REFINING
COMPANY, INC., is severed from the original appeal and is docketed under cause
number 13-06-014-CV.

Having considered
appellants= motions to dismiss
the appeal and the documents on file, this Court is of the opinion that the
motions should be granted.  The motions
to dismiss appellants= appeal against appellees, LOCKHEED MARTIN CORPORATION and SOUTHWESTERN REFINING
COMPANY, INC., are hereby granted.  The
appeal against appellees, LOCKHEED MARTIN CORPORATION and
SOUTHWESTERN REFINING COMPANY, INC., in cause number 13-06-014-CV is ordered
DISMISSED.  The remaining issues in the
appeal will remain docketed under cause number 13-05-635-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 26th day of
January, 2006.